UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CESPRY JOALBO RODRIGUEZ PINZON,

Petitioner,

v.

TODD BLANCHE, Attorney General of the United States, et al.,

Respondents.

Case No.: 3:26-cv-04374-RBM-AHG

**ORDER DENYING AS MOOT MOTION FOR RECONSIDERATION**

**[Doc. 11]**

On August 27, 2026, the Court granted in part Petitioner's Amended Petition for a Writ of Habeas Corpus, finding that Petitioner was entitled to a bond hearing. (Doc. 9 at 2–4.) Now before the Court is Petitioner's Motion for Reconsideration of Remedy Regarding Grant of Habeas Corpus. (Doc. 11.) Petitioner argues that the Court's decision to grant a bond hearing instead of immediate release was clearly erroneous and manifestly unjust. (*Id.* at 2–5.) After the Motion for Reconsideration was filed, on September 1, 2026, Petitioner received a bond hearing and was granted release on a $7,500 bond and alternatives to detention. (Doc. 12-1 at 6.)

Because Petitioner has already obtained the outcome he seeks, his Motion for Reconsideration (Doc. 11) is **DENIED as moot**. *See Seneca v. Arizona*, No. CV 03-1350-PHX-SRB (VAM), 2004 WL 7334514, at *1 (D. Ari. Jan. 15, 2004); *Zahler v. McCarthy*,

No. CV-09-135-JPH, 2009 WL 2604650, at *1 (E.D. Wash. Aug. 20, 2009).

**IT IS SO ORDERED.**

DATE: November 3, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE